PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDGARDO ROSALES-ANDRADE,<br><br>    Defendant. | CASE NO. 1:19-CR-00259-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS TRIAL DATE AND SET CHANGE OF PLEA |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on February 13, 2023, and time under the Speedy Trial Act was excluded from September 7, 2022 through February 13, 2023, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial be vacated and a change of plea be scheduled for January 23, 2023, at 10:00 a.m. No further exclusion of time is necessary because time was previously excluded through February 13, 2023, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

   IT IS SO STIPULATED.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | | |
|---|---|---|
| Dated: January 13, 2023 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ *Antonio J. Pataca*<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: January 13, 2023 | | /s/ *David Torres*<br>DAVID TORRES<br>Counsel for Defendant<br>Edgardo Rosales-Andrade |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 17, 2023**                                    _____
                                                                                UNITED STATES DISTRICT JUDGE