PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00259-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| EDGARDO ROSALES-ANDRADE, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on June 26, 2023.
2. The parties now stipulate and request that the sentencing be continued to September 5, 2023, at 10:00 a.m. Because this is a sentencing hearing, no further exclusion of time is necessary.

IT IS SO STIPULATED.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: June 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 13, 2023

/s/ *David Torres*
DAVID TORRES
Counsel for Defendant
Edgardo Rosales-Andrade

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: June 14, 2023

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE