TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
EDGARDO ROLSALES-ANDRADE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGARDO ROSALES-ANDRADE,<br><br>Defendants. | Case No. 1:19-CR-00259 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EDGARDO ROSALES-ANDRADE, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, January 8, 2024, be continued to Monday, March 18, 2024.

Counsel needs additional time to prepare for sentencing in this matter. Therefore, we respectfully request this matter be continued to Monday, March 18, 2024. Mr. Rosales agrees to exclude time.

Counsel has communicated with AUSA Antonio Pataca and he has no objection to continuing the sentencing date to March 18, 2024.

//

//

//

**IT IS SO STIPULATED.**

                                                      Respectfully Submitted,

DATED: January 3, 2024                    */s/ David A Torres*
                                                       DAVID A. TORRES
                                                       Attorney for Defendant
                                                       EDGARDO ROSALES-ANDRADE


DATED: January 3, 2024                    */s/Antonio J. Pataca*
                                                       ANTONIO J. PATACA
                                                       Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: **January 3, 2024**                              *Jennifer L. Thurston*
                                                       UNITED STATES DISTRICT JUDGE