1  **TORRES | TORRES STALLINGS**
   **A LAW CORPORATION**
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Email: dtorres@lawtorres.com

5

6  Attorney for:
   EDGARDO ROSALES-ANDRADE

7              UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          Case No. 1:19-CR-00259-JLT-SKO

11 |       Plaintiff,                   **MOTION TO TERMINATE CJA**
                                        **APPOINTMENT OF DAVID A. TORRES**
12 | v.                                 **AS ATTORNEY OF RECORD; ORDER**

13 | EDGARDO ROSALES-ANDRADE,

14 |       Defendants.

15

16     On November 21, 2019, Defendant Edgardo Rosales-Andrade was indicted on federal

17 charges. CJA Panel attorney, David A. Torres, was appointed as trial counsel to represent Mr.

18 Rosales on November 20, 2019. Mr. Rosales was sentenced pursuant to a plea agreement on May

19 20, 2024. The time for filing a direct appeal was 14 days. No appeal was filed. Mr. Rosales was in

20 custody at the time of sentencing.

21     Mr. Rosales Andrade's criminal case has, therefore, come to an end. Having completed his

22 representation of Mr. Rosales Andrade, CJA attorney David A. Torres now moves terminate his

23 appointment under the Criminal Justice Act.

24     Should Mr. Rosales Andrade require further legal assistance, he has been advised to contact

25 the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

26 Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360

27 (toll-free-), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

28

Dated: June 4, 2024                              Respectfully Submitted,

                                                 */s/ David A. Torres*
                                                 David A. Torres
                                                 Attorney for Defendant
                                                 Edgardo Rosales Andrade

# ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CSA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant, Edgardo Rosales-Andrade, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Edgardo Rosales-Andrade
JID: 2262907
Lerdo Jail Pre-trial Facility
17695 Industrial Farm Road
Bakersfield, CA 93308

IT IS SO ORDERED.

Dated:   **June 6, 2024**                        *Jennifer L. Thurston*
                                                 UNITED STATES DISTRICT JUDGE

2